UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )   Case No. MC17-0175RSL
        v.                          )
                                    )   ORDER TO ISSUE WRIT OF
PARRISH L. JONES,                   )   CONTINUING GARNISHMENT
                                    )   AND NOTICE TO DEFENDANT/
            Defendant/Judgment Debtor, ) JUDGMENT DEBTOR
                                    )
        v.                          )
                                    )
BANK OF AMERICA, N.A.,              )
                                    )
                    Garnishee.      )
_____ )

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Parrish L. Jones, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 22, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 22nd day of December, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT      -2-